IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-743 SLR |
| COUNSELOR DOUGH PETIFORD, KATHY SUPERVISOR DOATELLI, DIRECTOR JAY SYLVESTER, RUSSEL D. BUSKIRK, WARDEN RAPHAEL WILLIAMS, AND STANLEY TAYLOR, | ) ) ) ) ) ) ) |
| Defendants. | ) |



BD Scanned

**AUTHORIZATION**

I, Raymond L. Bruton, SBI #069025 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $29.90 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _December 14_, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _January 9_, 2007

_Raymond L. Bruton_
Signature of Plaintiff