OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

March 2, 2007

TO:   Raymond L. Bruton
       SBI# 069025
       H.R.Y.C.I.
       P.O. Box 9561
       Wilmington, DE 19809

       **RE: Incomplete U.S. Marshal 285 Forms**
           *Civ. No. 06-743(SLR)*

Dear Mr. Bruton:

    Please be advised that this office has received a complete USM 285 form for Attorney General of the State of Delaware and incomplete USM 285 forms for the remaining defendants. The incomplete USM 285 forms lack an original signature. Please submit the corrected USM 285 forms to the Clerk's Office.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                            PETER T. DALLEO
                                                 CLERK

cc:   The Honorable Sue L. Robinson
enc:  Incomplete USM 285 forms