IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-743- SLR |
| | ) | |
| v. | ) | |
| | ) | |
| COUNSELOR DOUGH PETIFORD, | ) | TRIAL BY JURY |
| SUPERVISOR KATHY DOATELLI, | ) | OF SIX DEMANDED |
| DIRECTOR JAY SYLVESTER, | ) | |
| RUSSEL D. BUSKIRK, WARDEN | ) | |
| RAPHAEL WILLIAMS and | ) | |
| COMMISSIONER STANLEY W. | ) | |
| TAYLOR, | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Rochelle L. Gumapac, Esquire on behalf of Defendants, Counselor Dough Petiford, Supervisor Kathy Doatelli, and Director Jay Sylvester.

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Rochelle L. Gumapac, Esquire*
Rochelle L. Gumapac, Esquire
Delaware State Bar I.D. No. 4866
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants
Counselor Dough Petiford, Supervisor Kathy Doatelli
and Director Jay Sylvester

Dated: May 24, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-743- SLR |
| | ) | |
| v. | ) | |
| | ) | |
| COUNSELOR DOUGH PETIFORD, | ) | TRIAL BY JURY |
| SUPERVISOR KATHY DOATELLI, | ) | OF SIX DEMANDED |
| DIRECTOR JAY SYLVESTER, | ) | |
| RUSSEL D. BUSKIRK, WARDEN | ) | |
| RAPHAEL WILLIAMS and | ) | |
| COMMISSIONER STANLEY W. | ) | |
| TAYLOR, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 24th day of May, 2007 that a true and correct copy of the Entry of Appearance on behalf of Defendants Counsel Dough Petiford, Supervisor Kathy Doatelli and Director Jay Sylvester has been served electronically and/or by first class mail, postage prepaid, upon the following:

Raymond L. Bruton
SBI #069025
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

REGER RIZZO KAVULICH & DARNALL LLP

/s/ Rochelle L. Gumapac, Esquire
Rochelle L. Gumapac, Esquire
Delaware State Bar I.D. No. 4866
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants Counselor Dough Petiford
Supervisor Kathy Doatelli and Director Jay Sylvester

Dated:  May 24, 2007