## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-743- SLR |
| | ) | |
| v. | ) | |
| | ) | |
| COUNSELOR DOUGH PETIFORD, | ) | TRIAL BY JURY |
| SUPERVISOR KATHY DOATELLI, | ) | OF SIX DEMANDED |
| DIRECTOR JAY SYLVESTER, | ) | |
| RUSSEL D. BUSKIRK, WARDEN | ) | |
| RAPHAEL WILLIAMS and | ) | |
| COMMISSIONER STANLEY W. | ) | |
| TAYLOR, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Carla P. Maresca, Esquire to represent Defendants, Counselor Dough Petiford,

Supervisor Kathy Doatelli, and Director Jay Sylvester, in this matter.

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Rochelle L. Gumapac, Esquire*
Rochelle L. Gumapac, Esquire
Delaware State Bar I.D. No. 4866
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants Petiford, Doatelli, and Sylvester

Dated: June 13, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____

The Honorable Sue L. Robinson

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-743- SLR |
| | ) | |
| v. | ) | |
| | ) | |
| COUNSELOR DOUGH PETIFORD, | ) | TRIAL BY JURY |
| SUPERVISOR KATHY DOATELLI, | ) | OF SIX DEMANDED |
| DIRECTOR JAY SYLVESTER, | ) | |
| RUSSEL D. BUSKIRK, WARDEN | ) | |
| RAPHAEL WILLIAMS and | ) | |
| COMMISSIONER STANLEY W. | ) | |
| TAYLOR, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 13th day of June, 2007 that two true and correct copies of the Motion and Order for Admission *Pro Hac Vice* of Carla P. Maresca, Esquire have been served electronically and/or by first class mail, postage prepaid, upon the following:

Raymond L. Bruton
SBI #069025
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

REGER RIZZO KAVULICH & DARNALL LLP


*/s/ Rochelle L. Gumapac, Esquire*
Rochelle L. Gumapac, Esquire
Delaware State Bar I.D. No. 4866
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants Petiford, Doatelli, and Sylvester

Dated: June 13, 2007

RAYMOND L. BRUTON, )
)
          Plaintiff, )    C.A. No.: 06-743- SLR
)
    v. )
)
COUNSELOR DOUGH PETIFORD, )    TRIAL BY JURY
SUPERVISOR KATHY DOATELLI, )    OF SIX DEMANDED
DIRECTOR JAY SYLVESTER, )
RUSSEL D. BUSKIRK, WARDEN )
RAPHAEL WILLIAMS and )
COMMISSIONER STANLEY W. )
TAYLOR, )
          Defendants. )

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

        Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bar of the

Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary

jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of

this action. I also certify that I am generally familiar with this Court's local rules.

                    DEASEY, MAHONEY & BENDER, LTD

Dated: **6/13/07**

                    CARLA P. MARESCA, ESQUIRE
                    1800 John F. Kennedy Boulevard
                    Suite 1300
                    Philadelphia, PA 19103
                    (215-587-9400