IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-743-SLR |
| ) | |
| COUNSELOR DOUGH PETIFORD, ) | |
| SUPERVISOR KATHY DOATELLI, ) | |
| and DIRECTOR JAY SYLVESTER, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 27th day of July, 2007, plaintiff Raymond L. Bruton, an inmate at the Howard R. Young Correctional Institution, having filed a notice of voluntary dismissal without prejudice in the above captioned case on June 28, 2007, and the court construing this notice as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a);

IT IS THEREBY ORDERED that:

1. Plaintiff's motion (D.I. 18) is **granted** and the complaint is dismissed without prejudice.

2. Defendants' motion to dismiss (D.I. 16) is denied as moot.

3. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The clerk of court is directed to send a copy of this order to the appropriate prison business office. The clerk of the court is also directed to close this case.

_____
United States District Judge